[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 15, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15895
Non-Argument Calendar

_____

D. C. Docket No. 05-00035-CR-001-HL-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEITUS LEO HURT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(June 15, 2007)**

Before ANDERSON, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Keitus Leo Hurt ("Hurt") appeals his convictions for possession of cocaine

in violation of 21 U.S.C. § 844(a); use of a place for the purpose of distributing a substance containing cocaine base in violation of 21 U.S.C. § 856(a)(1) and (b); and possession with the intent to distribute more than 50 grams of a substance containing cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). Hurt argues that there was insufficient evidence to allow a rational fact finder to conclude that the beyond-a-reasonable-doubt standard had been met. Upon *de novo* review, and after reviewing the briefs and record, we find that there was more than sufficient evidence for a reasonable jury to find Hurt guilty of the crimes with which he was charged. The testimony of Adam Hill, the only passenger in the car when Hurt was arrested, and the testimony of Connie Simms, Hurt's former girlfriend who resided at the home where police found drugs that Hurt had stashed, both support the verdict. Moreover, the jury could have found Hurt's testimony in his own defense incredible. Accordingly, we affirm the convictions.

**AFFIRMED.**